**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DAVID SAMPSON HUNTER, | ) | NO. CV 10-4814-R(E) |
| Petitioner, | ) | |
| v. | ) | ORDER ADOPTING FINDINGS, |
| ATASCADERO STATE HOS | ) | CONCLUSIONS AND RECOMMENDATIONS |
| FOLSOM STATE PRISON | ) | |
| SACRAMENTO, | ) | OF UNITED STATES MAGISTRATE JUDGE |
| Respondent. | ) | |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and adopts the Magistrate Judge's Report and Recommendation.

IT IS ORDERED that: (1) the Second Amended Petition is dismissed without leave to amend; and (2) Judgment shall be entered dismissing the action without prejudice.

///

///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order,
2 the Magistrate Judge's Report and Recommendation and the Judgment
3 herein by United States mail on Petitioner.

5    LET JUDGMENT BE ENTERED ACCORDINGLY.

7    DATED: September 15, 2010.

```
                              _____
                                    MANUEL L. REAL
                              UNITED STATES DISTRICT JUDGE
```