**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DAVID SAMPSON HUNTER, | ) | NO. CV 10-4814-R(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| ATASCADERO STATE HOS<br>FOLSOM STATE PRISON<br>SACRAMENTO, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: September 15, 2010.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE